[No. 21837-9-I. Division One. May 22, 1989.]

T & R PROPERTY MANAGEMENT, INC., *Respondent*, v.
HOMER BRAND, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 88-2-00401-3, Edward Heavey, J., entered
February 25, 1988. *Affirmed* by unpublished opinion per
Scholfield, J., concurred in by Winsor and Forrest, JJ.

[No. 21639-2-I. Division One. May 22, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID S.
WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 87-1-00687-0, Stuart C. French, J.,
entered December 29, 1987. *Affirmed* by unpublished opin-
ion per Scholfield, J., concurred in by Swanson and Forrest,
JJ.

[No. 21489-6-I. Division One. May 22, 1989.]

*In the Matter of the Marriage of* JOANN HALL,
*Appellant, and* CLYDE J. HALL,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 85-3-03979-7, Mary Wicks Brucker, J.,
entered November 30, 1987. *Affirmed* by unpublished opin-
ion per Coleman, C.J., concurred in by Pekelis and Forrest,
JJ.